## Commonwealth v. Ball, Appellant.

Argued December 5, 1974. *Burton A. Rose*, with him *Peruto, Ryan & Vitullo*, for appellant; *Isador Kranzel*, Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN DER VOORT, J., absent.

## Commonwealth v. Boston, Appellant.

Argued December 5, 1974. *F. Ross Crumlish*, with him *Joseph Michael Smith*, for appellant; *Glenn S. Gitomer*, Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN DER VOORT, J., absent.